IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No: 3:13-cr-00096 |
| ) | Chief Judge William J. Haynes, Jr. |
| LEO RICE ) | |

## MOTION TO CONTINUE SENTENCING HEARING

*[Handwritten note: DENISE? This motion is GRANTED. [signature] 9-19-13]*

Comes the Defendant, Leo Rice, by and through his attorneys, George J. Duzane and Dominic J. Leonardo and moves this Honorable Court to continue the sentencing hearing currently set for October 18th, 2013 at 3:30 p.m. In support of this motion, the Defendant would state that he has timely met with Ms. Alisha James from the United States Board of Probation and Parole. Ms. James has indicated that she will be unable to complete the pre-sentence report by the sentencing hearing date, is awaiting additional documentation and has notified Mr. Rice's counsel of the same.

**WHEREFORE**, the Defendant respectfully moves this Honorable Court to reschedule the sentencing hearing so that the pre-sentence report can be completed and provided to the Court prior to the sentencing hearing.

Respectfully submitted,

s/GEORGE J. DUZANE
DOMINIC J. LEONARDO
Attorneys for Defendant
603 Woodland St.
Nashville, TN 37206
(615) 259-1214