IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No: 3:13-cr-00096 |
| vs. | ) | |
| | ) | Chief Judge William J. Haynes, Jr. |
| LEO RICE | ) | |

## MOTION TO SET SENTENCING HEARING

*[Handwritten note: Order / The motion is GRANTED. The above motion is set for December 2, 2013 at 2:30 pm. William J. Haynes (?) 11-12-13]*

Comes the Defendant, Leo Rice, by and through the undersigned counsel and moves this Honorable Court to set his sentencing hearing in this matter. In support of this motion, the Defendant would show that his sentencing hearing was set for October 18th, 2013 and was continued to the United Probation Officer, Alisha James, being unable to complete the pre-sentence report before the hearing date. The Defendant would further state that Ms. James has now completed her pre-sentence report and this matter is ready to be set for a sentencing hearing.

Respectfully submitted,

s/GEORGE J. DUZANE #6561
s/DOMINIC J. LEONARDO #23308
Attorneys for Defendant
603 Woodland St.
Nashville, TN 37206
(615) 259-1214